# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES LYONS,** | : |
| Plaintiff | : CIVIL ACTION NO. 3:16-1513 |
| v. | : (JUDGE MANNION) |
| **SALEM TOWNSHIP and FRED WESTOVER,** | : |
| Defendants | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The Township's motion to dismiss, **(Doc. 8)**, is **GRANTED**;

**(2)** The plaintiff's complaint, **(Doc. 1)**, is **DISMISSED**, without prejudice, as to the Township only, in order to allow the plaintiff an opportunity to file an amended complaint; and

**(3)** The plaintiff shall filed his amended complaint **on or before August 14, 2017**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 31, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1513-01-ORDER.wpd