**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **JAMES LYONS,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 3:16-1513** |
| v. | : | **(JUDGE MANNION)** |
| **SALEM TOWNSHIP and FRED WESTOVER,** | : | |
| Defendants | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendants' motion for summary judgment **(Doc. 40)** is **GRANTED IN ITS ENTIRETY**.

**(2)** The Clerk of Court is to enter judgment in favor of the defendants and against the plaintiff.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 30, 2019**

16-1513-02-ORDER.wpd