AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| JAMES LYONS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-1513 |
| SALEM TOWNSHIP and FRED WESTOVER | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: That judgment is entered in favor of defendants and against the plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Malachy E. Mannion, U.S. District Judge on a motion for Summary Judgment.

Date: 9/30/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*